IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) DORINDA L. RIVERA,<br><br>      Plaintiff,<br><br>v.<br><br>(1) SMITHFIELD FOODS, INC.;<br>(2) PRESTAGE-STOECKER FARMS,<br>   INC., d/b/a MURPHY FARMS, LLC.;<br>(3) MURPHY FARMS, INC.;<br>(4) MURPHY FARMS OF TEXHOMA,<br>   INC.; and (5) MURPHY-BROWN, LLC.,<br><br>      Defendants. | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. _____<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

### DEFENDANTS' NOTICE OF REMOVAL

Defendants Smithfield Foods, Inc., Murphy Farms, Inc., Murphy Farms of Texhoma, Inc., and Murphy-Brown LLC, improperly identified as Murphy-Brown, LLC. and Defendant Prestage-Stoecker Farms, Inc., improperly identified as Prestage-Stoecker Farms, Inc. d/b/a Murphy Farms, LLC., (collectively "Defendants"),[1] file this Notice of Removal of the case filed by Plaintiff Dorinda L. Rivera ("Plaintiff") in the District Court of Texas County, Oklahoma, bearing cause number CJ-2005-75 ("State Court Action"). In support thereof, Defendants respectfully show the Court the following:

    1.    On August 31, 2005, Plaintiff filed the State Court Action alleging claims under the Equal Pay Act, 29 U.S.C. § 201 *et. seq.*, ("EPA"), and Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*, ("Title VII"). Plaintiff's Petition, attached as Exhibit 1, at ¶ 3.

---

[1] Defendants Smithfield Foods, Inc., Prestage-Stoecker Farms, Inc., Murphy Farms, Inc., and Murphy Farms of Texhoma, Inc. are not proper Defendants because they were not Plaintiff's employer. Murphy Farms, Inc. no longer exists. Its successor is Murphy Farms, LLC, which did not employ Plaintiff.

Defendants Smithfield Foods, Inc., Murphy Farms of Texhoma, Inc., Murphy-Brown LLC, and Prestage-Stoecker Farms, Inc. were each served with a copy of Plaintiff's Petition on February 6, 2006.  Summons and Petition Served on Defendant Smithfield Foods, Inc., attached as Exhibit 2; Summons and Petition Served on Defendant Murphy Farms of Texhoma, Inc., attached as Exhibit 3; Summons and Petition Served on Defendant Murphy-Brown LLC attached as Exhibit 4; Summons and Petition Served on Defendant Prestage-Stoecker Farms, Inc., attached as Exhibit 5.  Murphy Farms, Inc. has not been served.

2. This case is being removed within thirty (30) days of Defendants Smithfield Foods, Inc., Murphy Farms of Texhoma, Inc., Murphy-Brown LLC, and Prestage-Stoecker Farms, Inc. being served with Plaintiff's Petition in accordance with 28 U.S.C. § 1446(b).

3. Removal of this action is proper because Plaintiff asserts claims over which this Court has original jurisdiction under 28 U.S.C. § 1331, in that the disputes involve the EPA and Title VII, both of which are federal statutes.  28 U.S.C. §§ 1331, 1441(b).

4. Because federal question jurisdiction exists under 28 U.S.C. § 1331, the State Court Action may be removed to this Court in accordance with the provisions of 28 U.S.C. §§ 1441 and 1446.

5. Pursuant to Rule 81.2 of the Local Rules for the United States District Court for the Western District of Oklahoma and 28 U.S.C. § 1446(a), this Notice of Removal is accompanied by a certified copy of the docket sheet in the State Court Action (Exhibit 6), a copy of all documents filed in State Court Action (Exhibits 7 and 8), and a copy of all documents served in the State Court Action (Exhibits 1-5).

6. Venue is proper in this district under 28 U.S.C. § 1441(a) because this district embraces the place where the removed action has been pending.

7. Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly file a copy of this Notice of Removal with the clerk of the state court where the action has been pending.

**PRAYER**

WHEREFORE, Defendants pray that the above-referenced action pending against them in the District Court of Texas County, State of Oklahoma, be removed to the United States District Court for the Western District of Oklahoma.

Respectfully submitted,

**McAFEE & TAFT, P.C.**

By: s/Sam R. Fulkerson
　　SAM R. FULKERSON
　　State Bar No. 14370

10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, Oklahoma  73102-7103
405-235-9621 phone
405-235-0439 fax

**HUNTON & WILLIAMS LLP**

JULIE I. UNGERMAN
Texas Bar No. 00791835
Energy Plaza, 30th Floor
1601 Bryan Street
Dallas, Texas 75201-3402
214-979-3000 phone
214-880-0011 fax
(Motion to Appear *Pro Hac Vice* Forthcoming)

**ATTORNEYS FOR DEFENDANTS SMITHFIELD FOODS, INC., MURPHY FARMS, INC., MURPHY FARMS OF TEXHOMA, INC., AND MURPHY-BROWN LLC**

and

**MULINIX OGDEN HALL
ANDREWS & LUDLAM, P.L.L.C.**

By: s/James W. Shepherd
    James W. Shepherd
    OBA #19937

3030 Oklahoma Tower
210 Park Avenue
Oklahoma City, OK  73102
405-232-3800 phone
405-232-8999 fax

**MALLOY LAW FIRM**

Robert Malloy
Iowa Bar No. 3342
503 N Main St.
P.O. Box 128
Goldfield, IA  50542
515-825-3181 phone
515-825-3898 fax
(Motion to Appear *Pro Hac Vice* Forthcoming)

**ATTORNEYS FOR DEFENDANT
PRESTAGE-STOECKER FARMS, INC.**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Defendants' Notice of Removal has been served upon counsel for Plaintiff, Bill Abney, Jr., 4801 Classen Blvd., Suite 251, Oklahoma City, Oklahoma, 73118, by certified mail, return receipt requested, on this 23rd day of February, 2006.

    /s/ Sam R. Fulkerson
    SAM R. FULKERSON